

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-17-00741-CV

Edward R. **MEZA** Jr., Sylvia Meza, and New Braunfels Home Health, Inc. d/b/a N.B. Home
Health,
Appellants

v.

**HONORCARE HOME HEALTH INC**.,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 376006
Honorable Karen Crouch, Judge Presiding

## O R D E R

     After this court granted one previous extension, appellee's brief was due August 15, 2018. On the due date, appellee filed a second motion for extension of time, asking for an additional seven days in which to file the brief. The motion is unopposed. After review, we **GRANT** appellee's motion and **ORDER** appellee to file its brief in this court on or before August 22, 2018.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court